UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE MOUNTAIN APACHE TRIBE,  <br><br>Plaintiff,  <br><br>v.  <br><br>JULIE A. SU, Acting Secretary of Labor, *et al.*,  <br><br>Defendants. | Civil Action No. 20-1409 (ACR) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The undersigned counsel respectfully asks the Clerk of the Court enter the appearance of Assistant United States Attorney Joseph F. Carilli, Jr. as counsel of record for Defendants in this matter, who is substituting as counsel of record for Assistant United States Attorney Sean Tepe.

Dated: October 31, 2023

Respectfully Submitted,

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
  for the District of Columbia
601 D St. N.W.
Washington, D.C. 20001
Telephone: (202) 252-2525
E-mail: joseph.carilli@usdoj.gov

*Counsel for Defendants*