UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE MOUNTAIN APACHE TRIBE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JULIE A. SU, Acting Secretary of Labor, ) <br> *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 20-1409 (ACR) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Julie A. Su, in her official capacity as Acting Secretary of the U.S. Department of Labor; Lisa M. Gomez, in her official capacity as Assistant Secretary, Employee Benefits Security Administration; and the United States of America, by and through undersigned counsel, move pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of 60 days, or until February 1, 2024, to respond to the Second Amended Complaint in this matter, and as grounds for this consent motion, state as follows.

1. On July 3, 2023, Plaintiff filed a 61-page, 306-paragraph Second Amended Complaint, alleging claims under the Employee Retirement Income Security Act of 1974 and the Administrative Procedure Act. ECF No. 38. Pursuant to the Court's September 19, 2023 order, the deadline to answer or otherwise respond to the Second Amended Complaint is December 1, 2023. *See* Minute Order (Sept. 19, 2023).

2. As a result of an in-person conference attended by representatives of Plaintiff and Defendants on August 11, 2023 and subsequent communications between the parties, Defendants report that the parties expect that this case will be resolved without the need for further litigation.

On November 3, 2023, Defendants sent Plaintiff a draft consent order. The instant extension is requested so that the parties may complete the consent order that reflects the parties' understandings and obtain the necessary approvals for the consent order. Defendants submit that this presents good cause for the requested extension.

3. Pursuant to Local Civil Rule 7(m), the undersigned counsel conferred with Plaintiff's counsel, who stated that Plaintiff does not oppose the requested extension.

4. This is the third request for extension made by Defendants with respect to its deadline to respond to the Second Amended Complaint and is not intended for undue delay or obstruction. No other deadlines have been set in this case.

5. A proposed order is attached.

| | |
|---|---|
| Dated: November 6, 2023 | Respectfully submitted, |
| SEEMA NANDA<br>Solicitor of Labor | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
| WAYNE R. BERRY<br>Associate Solicitor for Plan Benefits Security | BRIAN P. HUDAK<br>Chief, Civil Division |
| JEFFREY M. HAHN<br>Counsel for Litigation | /s/ Joseph F. Carilli, Jr.<br>JOSEPH F. CARILLI, JR.<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2525 |
| MARTHA P. FRYDL<br>Senior Attorney<br>Plan Benefits Security Division<br>Office of the Solicitor<br>U.S. Department of Labor<br>200 Constitution Ave., NW, N4611<br>Washington, DC 20210<br>(202) 693-5686<br>frydl.martha.p@dol.gov | *Counsel for Defendants* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WHITE MOUNTAIN APACHE TRIBE,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>JULIE A. SU, Acting Secretary of Labor,  )<br>*et al.*,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 20-1409 (ACR) |

## **[Proposed] ORDER**

Based upon consideration of Defendants' Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint, and for good cause shown, it is hereby ORDERED that:

1. Defendants' Motion is GRANTED;

2. The deadline for Defendants to respond to the Second Amended Complaint is extended to February 1, 2024.

SO ORDERED this _____ day of _____, 2023.

_____
ANA C. REYES
United States District Judge